# Court of Appeals
# of the State of Georgia

ATLANTA, September 10, 2025

*The Court of Appeals hereby passes the following order:*

## A26E0052. LIONELL DANIEL v. TERESA MEIER, CLERK OF SUPERIOR COURT OF UPSON COUNTY.

Lionell Daniel, proceeding pro se, has petitioned this Court pursuant to Court of Appeals Rule 40 (c). We find no basis to exercise our original mandamus jurisdiction, accordingly, this petition is hereby DENIED. Upon consideration of Daniel's motion for sanctions and his motion for "writ of prohibition," same are hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/10/2025

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*